FILED'06 AUG 24 16:00USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAYMOND W. DUCKETT,              CV# 05-1558-BR

    Plaintiff,

    v.                                      ORDER GRANTING
                                        STIPULATED EAJA FEES

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3135.70 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff's attorneys are awarded $263.60 in costs and $34.78 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amount.

DATED this 24th day of August, 2006.

_____
United States District Judge

Presented by:

/s/ Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff